**Official Form 1 (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois, Western Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bushnell, Matt D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Bushnell, Erin K. |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>aka Erin K. Isiordia |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 1668 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): 5849 |
| Street Address of Debtor (No. and Street, City, and State)<br>1001 Yellowstone Lane<br>Harvard, IL        ZIPCODE 60033 | Street Address of Joint Debtor (No. and Street, City, and State)<br>1001 Yellowstone Lane<br>Harvard, IL        ZIPCODE 60033 |
| County of Residence or of the Principal Place of Business:<br>Mchenry | County of Residence or of the Principal Place of Business:<br>Mchenry |
| Mailing Address of Debtor (if different from street address):        ZIPCODE | Mailing Address of Joint Debtor (if different from street address):        ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetiion from one of more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| [ ] | [ ] | [✓] | [ ] | [ ] |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 31415 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Matt D. Bushnell & Erin K. Bushnell |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: Rockford, IL | Case Number: 07-70021 | Date Filed: 01/04/2007 |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X   /s/ Richard T. Jones     August 17, 2007 <br>      Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Matt D. Bushnell & Erin K. Bushnell |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Matt D. Bushnell
Signature of Debtor

**X** /s/ Erin K. Bushnell
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

August 17, 2007
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

**X** /s/ Richard T. Jones
Signature of Attorney for Debtor(s)

RICHARD T. JONES  6184629
Printed Name of Attorney for Debtor(s)

Jones & Hart Law Firm
Firm Name

138 Cass Street
Address
Post Office Box 1693    Woodstock, Illinois 60098

(815) 334-8220
Telephone Number

August 17, 2007
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Official Form 1, Exhibit D (10/06)**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Western Division

In re  Matt D. Bushnell & Erin K. Bushnell                     Case No._____
                 Debtor(s)                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Matt D. Bushnell
                            MATT D. BUSHNELL

Date: August 17, 2007

2

**Official Form 1, Exhibit D (10/06)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois, Western Division

In re Matt D. Bushnell & Erin K. Bushnell                Case No._____
       Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor: /s/ Erin K. Bushnell
                          ERIN K. BUSHNELL

Date: August 17, 2007

2

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois, Western Division

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1. **Services Available from Credit Counseling Agencies**

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____           _____
Printed Name and title, if any, of Bankruptcy Petition Preparer    Social Security number (If the bankruptcy petition
Address:                                                            preparer is not an individual, state the Social Security
_____                                 number of the officer, principal, responsible person, or partner of
                                                                    the bankruptcy petition preparer.) (Required
X_____                                by 11 U.S.C. § 110.)
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Matt D. Bushnell & Erin K. Bushnell_____    X /s/ Matt D. Bushnell        August 17, 2007
Printed Name(s) of Debtor(s)                             Signature of Debtor      Date

Case No. (if known) _____                   X /s/ Erin K. Bushnell        August 17, 2007
                                                          Signature of Joint Debtor (if any)   Date

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-701 - 31415 - Adobe PDF

| | | |
|---|---|---|
| Adrinana's/Nicks<br>703 Diggins<br>Harvard, IL 60033 | Advance America<br>1516 E. State Street<br>Rockford, IL 61101 | AmeriCash Loans<br>962 N. Eastwood Drive<br>Woodstock, IL 60098 |
| Angelo's Pizza<br>73 N. Ayer Street<br>Harvard, IL 60033 | Atlanta Kids Ent.<br>c/o Collectron<br>Post Office Box 870188<br>Stone Mountain, GA 30087 | Betsy Iverson<br>415 Jefferson Street<br>Harvard, IL 60033 |
| Black Knight Arabians<br>W7541 Koshlonong Lake Rd.<br>Ft. Atkinson, WI 53538 | Blockbuster<br>1500 South Division Street<br>Harvard, IL 60033 | Blockbuster<br>c/o Credit Protection Assoc.<br>Post Office Box 55126<br>Boston, MA 02205-5126 |
| California Student Aid Commission<br>Post Office Box 419045<br>Rancho Cordova, CA 95741-9045 | Castle Bank<br>201 West Diggins Road<br>Harvard, Illinois 60033 | Centegra Health System<br>c/o Automated Account Mgmt.<br>Post Office Box 65576<br>W. Des Moines, IA 50265-0576 |
| Centegra Health System<br>Post Office Box 1990<br>Woodstock, Illinois 60098 | Charter Communications<br>c/o AFNI<br>404 Brock Drive, Box 3427<br>Bloomingon, IL 61702-3427 | Charter Communications<br>Post Office Box 1127<br>Janesville, WI 53547-1127 |
| Chicago Tribune<br>c/o Biehl & Biehl<br>Post Office Box 66415<br>Chicago, IL 60666-0415 | Chicago Tribune<br>Post Office Box 6315<br>Chicago, Illinois 60680 | Children's Healthcare of Atlanta<br>Post Office Box 116316<br>Atlanta, GA 30368-6316 |
| Chris Rocco<br>1411 Opus Place, #600<br>Downers Grove, IL 60515 | Corporate America Family CU<br>7105 N. Virginia<br>Crystal Lake, IL 60014 | Corporate America Family CU<br>7105 W. Virginia<br>Crystal Lake, Illinois 60014 |
| Countrywide Home Loans<br>Attn: Bankruptcy Dept.<br>Post Office Box 5170<br>Simi Valley, CA 93062-5170 | Credit Acceptance<br>Post Office Box 55000<br>Detroit, MI 48255-1888 | Credit Accpetance<br>Post Office Box 513<br>Southfield, MI 48037 |
| Culligan<br>Post Office Box 5277<br>Carol Stream, IL 60197-5277 | Disney Movie Club<br>c/o North Shore Agency<br>Post Office Box 758<br>Neenah, WI 54957-0758 | Disney Movie Club<br>c/o OSI Collection<br>Post Office box 8902<br>Westbury, NY 11590-8902 |
| Disney Movie Club<br>Post Office Box 738<br>Neehan, WI 54957-0738 | Donald Bushnell<br>1001 Yellowstone Lane<br>Harvard, Illinois 60033 | Dr. Pollinia<br>c/o ATG Credit LLC<br>Post Office Box 14895<br>Chicago, IL 60614-4895 |
| Earthlink, Inc.<br>c/o CCS, Inc.<br>23220 Chargrin Blvd., #400<br>Celveland, OH 44122 | Earthlink, Inc.<br>Post Office Box 530530<br>Atlanta, Georgia 30353-0530 | Ford Motor Credit Company<br>1901 N. Roselle Rd, #610<br>Schaumburg, Illinois 60195-3184 |

Harvard Chevy
333 South Rte. 14
Harvard, IL 60033

Harvard Memorial Hospital
Mercy Alliance, Inc.
Post Office Box 5177
Janesville, WI 53547-5177

Harvard Memorial Hospital/Mercy
c/o Mercy Collections
Post Office Box 1566
Manitowoc, WI 545221-1566

Harvard Oil
1300 N. Division Street
Harvard, IL 60033

Harvard Oil
c/o Certegy Recovery Serv.
11601 Roosevelt Blvd.
St. Petersburg, FL 33716

Harvard Public Library
900 E. McKinley Street
Harvard, IL 60033

Harvard School District
1101 N. Jefferson
Harvard, IL 60033

Heights Finance
c/o Franks, Gerkin & McKenna
Post Office Box 5
Marengo, IL 60152

Heights Finance
Post Office Box 176
McHenry, Illinois 60050

Highlights
c/o RMCB Collection Agency
2269 S. Saw Mill River Rd., #3
Elmsford, NY 10523

Highlights for Children
1800 Watermak Drive, Box 269
Columbus, OH 43216-0269

Horse Illustrated
c/o National Credit Audit Corp.
8512 Allen Road
Peoria, IL 61615

Household/Arbo
c/o MCM
Dept. T8870
Los Angelos, CA 90084-8870

HSCB Mortgage
Post Office Box 4552
Buffalo, NY 14240-4552

I-Pass
Illinois Tollway
2700 Ogden Avenue
Downers Grove, IL 60515

IL Dept. of Employment Security
Benefit Payment Contorl Div.
Post Office box 6996
Chicago, Illinois 60680

IL State Disbursement Unit
Post Office Box 5921
Carol Stream, IL 60197

J. C. Penney
Post Office Box 533
Dallas, Texas 75221-0533

Jones Packing
RR 2
Harvard, IL 60033

King Dragon
c/o United Credit Service
15 N. Lincoln Street, Box 740
Elkhorn, WI 53121-0740

Kohls
c/o Affiliated Credit Services
Post Office Box 1329
Rochester, MN 55903

Kohls
c/o CPS Security Check Division
Post Office Box 782408
San Antonio, TX 78278

Kohls
Post Office Box 2983
Milwaukee, WI 53201-2983

Lane Bryant
c/o Penn Credit Corp.
Post Office Box 988
Harrisburg, PA 17108-0988

Lane Bryant
Post Office Box 659562
San Antonio, TX 78265

Leader Ace Hardware
980 Route 22, Box 21
Fox River Grove, IL 60021

Liberty Mutual
c/o Credit Collection Services
Post Office Box 55126
Boston, MA 02205-5126

Lil Corner Store
c/o Check Assistance
Post Office Box 11128
Pensacola, FL 32524-1128

Lindow's Appliance
20014 E. Grant Highway
Marengo, IL 60152

Marengo Disposal
1050 Green Lee Street
Marengo, Illinois 60152

Mary Alice Traeder
4615 Blue Jay Road
Harvard, IL 60033

Mathmania
c/o RMCB Collection Agency
2269 S. Saw Mill River Rd., #3
Elmsford, NY 10523-9034

McHenry County States Attorney
Bad Check Restitution Program
60 W. Terra Cotta Ave., #B
Crystal Lake, IL 60014-3536

Mercy Health System
Post Office Box 8188
Janesville, WI 53547-8188

MHS Physicians
c/o State Collection Service
Post Office Box 1022
Wixom, MI 48393-1022

MHS Physicians
c/o State Credit Service
15 N. Lincoln Street, Box 740
Elkhorn, WI 53121-0740

MHS Physicians
Post Office Box 5081
Janesville, WI 53547-5081

Moraine Emergency Phys.
c/o OSI Collection
4165 E. Thousand Oaks Blvd., #245
Westlake, CA 91362-4026

Moraine Emergency Physicians
Post Office Box 8759
Philadelphia, PA 19101-8759

Mortgage Electronic Reg. System/Full Spectrum
c/o Codilis & Assoc.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Nanston Dental Group
1590 Oakbrook Drive, #200
Norcross, GA 30093

Nicor
Post Office Box 2020
Aurora, Illinois 60507-2020

Northwest News Group
c/o Biehl & Biehl
Post Office Box 66415
Chicago, Illinois 60666-0415

Parents Magazine
1716 Locust Street
Des Moines, IA 50309-3023

Pick'N Save
c/o Asset Protection Recovery Solutions
Post Office Box 780
Sun Prairie, WI 53590-0780

Quaility Water Conditioning
c/o Activity Collection Serv.
664 Milwaukee Ave.
Propect Heights, IL 60070

Renee Schults Dietz, MD
12016 Prairie Avenue
Hebron, IL 60034

SBC/Ameritech
c/o Asset Acceptance
Post Office Box 2036
Wixom, MI 48393-1022

SBC/Ameritech Consumer BK Center
Post Office Box 769
Arlington, Texas 76004-0769

Scholastic
c/o Shaffer & Assoc.
Post Office Box 1545
Columbia, MO 65205-1545

Scholastic
Post Office Box 6042
Jefferson City, MO 65102-6042

Scott Bentley
Attorney at Law
661 Ridgeview Drive
McHenry, IL 60050

Shaffer & Assoc.
101 S. 5th Street, #100
Columbia, OH 65205-1545

Sharon Weber
30021 Maple Drive
Kennesaw, GA 30144

Sprint PCS
c/o AFNI
404 Brock Drive, Box 5317
Bloomington, IL 61702-3517

Sprint PCS
Customer Care
Post Office Box 8077
London, KY 40742

Sullivan Foods
c/o Check It
Post Office Box 6264
Rockford, IL 61125-1265

TCF Bank
500 W. Joliet Rd.
Willowbrook, IL 60527

Ted Poehlmann
Attorney at Law
202 W. South Street, Box 271
Woodstock, IL 60098

The Trail Rider
c/o North Shore Agency
751 Summa Ave.
Westbury, NY 11590

Verizon Wireless
c/o Van Ru Collection
Post Office Box 498
Park Ridge, IL 60068-0498

Verizon Wireless Bankruptcy Dept.
Post Office Box 3397
Bloomington, IL 61702

Waste Management
c/o RMS
4836 Brecksville Rd., Box 523
Richfield, OH 44286

Waste Management North
22333 W. Highway 173
Antioch, IL 60002

Woodstock Imaging Assoc.
520 E. 22nd Street
Lombard, Illinois 60148

Woodstock Imaging Assoc.
c/o OSI Collection
1375 E. Woodfield Dr., #110
Schaumburg, IL 60173

WWE Magazine
Post Office Box 491
Mt. Morris, IL 61054

WWE Magazine
Post Office Box 491
Mt. Morris, IL 61054

Case 07-71958    Doc 1    Filed 08/18/07    Entered 08/18/07 12:29:00    Desc Main
                              Document      Page 13 of 15

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois, Western Division**

In re  Matt D. Bushnell & Erin K. Bushnell ,
          Debtor

Case No. _____

Chapter  13

**VERIFICATION OF LIST OF CREDITORS**

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 4 pages, is true, correct and complete to the best of my knowledge.

Date  August 17, 2007    Signature of Debtor  /s/ Matt D. Bushnell
                                                                                            MATT D. BUSHNELL

Date  August 17, 2007    Signature of Joint Debtor  /s/ Erin K. Bushnell
                                                                                            ERIN K. BUSHNELL

Richard T. Jones
Jones & Hart Law Firm
138 Cass Street
Post Office Box 1693
Woodstock, Illinois 60098
(815) 334-8220
(815) 334-8229

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re  Matt D. Bushnell & Erin K. Bushnell

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................………………………..... $ ___3,500.00___

   Prior to the filing of this statement I have received ........…………………................... $ _____0.00_____

   Balance Due ........................………………………………….................... $ ___3,500.00___

2. The source of compensation paid to me was:

   [✓] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✓] Debtor        [ ] Other (specify)

4. [✓]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

August 17, 2007                                        /s/ Richard T. Jones
_____        _____
            *Date*                                                    *Signature of Attorney*

                                                       Jones & Hart Law Firm
                                                       _____
                                                                *Name of law firm*