# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: MATT D. BUSHNELL & ERIN K. BUSHNELL  Case Number: 07-71958
1001 YELLOWSTONE LANE   SSN-xxx-xx-1668 & xxx-xx-5849
HARVARD, IL  60033

Case filed on: 8/18/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $800.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 774.00 | 774.00 | 23.38 | 0.00 |
| | Total Legal | 774.00 | 774.00 | 23.38 | 0.00 |
| 017 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AUTOMATED ACCOUNT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BIEHL & BIEHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CCS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | CERTEGY RECOVERY SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | FRANKS, GERKIN & MCKENNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | RMCB COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | AFFILIATED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | PENN CREDIT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | UNITED CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | SHAFFER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | VAN RU COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SHARON WEBER | 2,641.89 | 2,641.89 | 0.00 | 0.00 |
| | Total Priority | 2,641.89 | 2,641.89 | 0.00 | 0.00 |
| 999 | MATT D. BUSHNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 158,309.67 | 0.00 | 0.00 | 0.00 |
| 002 | CREDIT ACCEPTANCE | 8,500.00 | 8,500.00 | 300.57 | 198.32 |
| 003 | CREDIT ACCEPTANCE | 1,512.00 | 1,512.00 | 65.02 | 20.16 |
| 004 | HFC | 34,480.72 | 0.00 | 0.00 | 0.00 |
| 005 | LINDOW'S APPLIANCE | 1,500.00 | 1,500.00 | 105.99 | 34.57 |
| 006 | MORTGAGE ELECTRONIC REG. SYS/ FULL SPECT | 33,092.56 | 33,092.56 | 0.00 | 0.00 |
| | Total Secured | 237,394.95 | 44,604.56 | 471.58 | 253.05 |
| 005 | LINDOW'S APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | IL STATE DISBURSEMENT UNIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ADRINANAS / NICKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ANGELOS PIZZA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ATLANTA KIDS ENT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BETSY IVERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BLACK KNIGHT ARABIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BLOCKBUSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECMC | 4,737.03 | 4,737.03 | 0.00 | 0.00 |
| 019 | CASTLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CHILDRENS HEALTHCARE OF ATLANTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CHRIS ROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CORPORATE AMERICA CREDIT UNION | 1,976.59 | 1,976.59 | 0.00 | 0.00 |
| 029 | CORPORATE AMERICA CREDIT UNION | 1,469.35 | 1,469.35 | 0.00 | 0.00 |
| 030 | CREDIT ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 034 | DISNEY MOVIE CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DONALD BUSHNELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | DR. POLLINIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | EARTHLINK, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | FORD MOTOR CREDIT COMPANY | 3,506.30 | 3,506.30 | 0.00 | 0.00 |
| 040 | HARVARD CHEVY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | HARVARD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | HARVARD OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | HARVARD PUBLIC LIBRARY | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | HARVARD SCHOOL DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | HEIGHTS FINANCE CORPORATION | 4,389.57 | 4,389.57 | 0.00 | 0.00 |
| 050 | HIGHLIGHTS FOR CHILDREN | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HORSE ILLUSTRATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | HOUSEHOLD / ARBO | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | I - PASS ILLINOIS TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | IL DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | J.C. PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | JONES PACKING | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | UNITED CREDIT SERVICE INC | 70.00 | 70.00 | 0.00 | 0.00 |
| 059 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | CREDITORS BANKRUPTCY SERVICE | 182.01 | 182.01 | 0.00 | 0.00 |
| 062 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | LEADER ACE HARDWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | LIBERTY MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | LIL CORNER STORE | 202.00 | 202.00 | 0.00 | 0.00 |
| 066 | MARENGO DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | MARENGO DISPOSAL | 285.00 | 285.00 | 0.00 | 0.00 |
| 068 | MARY ALICE TRAEDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | MATHMANIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | MCHENRY COUNTY STATES ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | MERCY HEALTH SYSTEM | 1,195.74 | 1,195.74 | 0.00 | 0.00 |
| 076 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | NANSTON DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | ASSET ACCEPTANCE CORP | 545.35 | 545.35 | 0.00 | 0.00 |
| 079 | NORTHWEST NEWS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | PARENTS MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | PICK N SAVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | QUALITY WATER CONDITIONING | 123.60 | 123.60 | 0.00 | 0.00 |
| 083 | RENEE SCHULTS DIETZ, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ASSET ACCEPTANCE CORP | 751.28 | 751.28 | 0.00 | 0.00 |
| 087 | SCHOLASTIC INC | 267.35 | 267.35 | 0.00 | 0.00 |
| 088 | ATTORNEY SCOTT A BENTLEY | 500.00 | 500.00 | 0.00 | 0.00 |
| 089 | SHAFFER & ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | SULLIVAN FOODS | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | TCF BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | TED POEHLMANN | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | THE TRAIL RIDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | WASTE MANAGEMENT - RMC | 531.90 | 531.90 | 0.00 | 0.00 |
| 100 | WOODSTOCK IMAGING ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | WWE MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | ROUNDUP FUNDING LLC | 821.10 | 821.10 | 0.00 | 0.00 |
| 104 | COMED CO | 622.37 | 622.37 | 0.00 | 0.00 |
| 105 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 106 | ROUNDUP FUNDING LLC | 336.18 | 336.18 | 0.00 | 0.00 |
| 107 | NICOR GAS | 1,907.44 | 1,907.44 | 0.00 | 0.00 |
| | Total Unsecured | 24,420.16 | 24,420.16 | 0.00 | 0.00 |
| | Grand Total: | 265,231.00 | 72,440.61 | 494.96 | 253.05 |

Total Paid Claimant:      $748.01
Trustee Allowance:        $51.99          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00        discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan